## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | **Case No. 12-11061-BFK** |
| | ) | **Chapter 7** |
| **DHARMESH VINODRAI MEHTA** | ) | |
| **RENU DHARMESH MEHTA** | ) | |
| | ) | |
| **Debtors.** | ) | |
| ———————————————— | ) | |
| | ) | **Adv. No.** |
| **SANJIV D. SHAH** | ) | |
| **KAMINI S. SHAH** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DHARMESH VINODRAI MEHTA** | ) | |
| **RENU DHARMESH MEHTA** | ) | |
| | ) | |
| **Defendants** | ) | |
| ———————————————— | ) | |

### COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS

COME NOW the Plaintiffs herein, creditors Sanjiv D. Shah and Kamini S. Shah, by counsel, and file this Complaint objecting to discharge of the debtors pursuant to 11 U.S.C. § 727 and Bankruptcy Rule 4004(d) and 7001(4) of the Federal Rules of Bankruptcy Procedure.  The Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, and venue is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(j).  In support of their Complaint, the Plaintiffs state the following:

1.    That Debtors have knowingly and fraudulently misrepresented information regarding their assets in Schedules A and B of their Voluntary Petition.

2.      That Debtors have failed knowingly and fraudulently misrepresented information

regarding their employment, income, transfers, banking, and corporate positions in the Statement

of Financial Affairs.

**INCOME**

3.      That in section (1) of the Statement of Financial Affairs, Dharmesh Mehta

("Dharmesh") lists 2011 earnings of $68,000 from "self-employment income from CPR Medical

Transportation, LLC ("CPR")," and $2,200 as a consultant, while only listing $5,500 YTD 2012

income from consulting.

4.      That in 2012, up to the petition filing date, Dharmesh was paid at least $10,500 by

checks written to him from CPR.

5.      That upon information and belief, Dharmesh cashed or cashes such checks

utilizing local check cashing services.

6.      That in September 29, 2011, sworn deposition testimony given in *Dharmesh*

*Vinodrai Mehta and Renu Dharmesh Mehta v. Manish Mehta and Meghna Mehta*, Fairfax

County Circuit Court, Case No. CL201-3577, Renu Mehta ("Renu") stated that her current

employment involved cultural fairs, and responded affirmatively when asked whether she goes to

cultural affairs, sets up a booth and sells her items.

7.      That in section (1) of the Statement of Financial Affairs, Renu lists no income in

connection with selling boutique or cultural items at fairs, shows or elsewhere.

**SAI PRASAD MEDICAL TRANSPORTATION, LLC**

8.      That Debtors state in section (18) of the Statement of Financial Affairs that as of

December, 2010, they were no longer officers, directors, partners, or managing executives of Sai

Prasad Medical Transportation, LLC ("Sai Prasad").

9.      That furthermore, at the Section 341 meeting herein, Dharmesh stated under oath that he had sold Sai Prasad a couple of years ago.

10.     That in September 22, 2011, sworn deposition testimony given in *Dharmesh Vinodrai Mehta and Renu Dharmesh Mehta v. Manish Mehta and Meghna Mehta*, Fairfax County Circuit Court, Case No. CL201-3577, Dharmesh stated that Sai Prasad was still open, that he was still operating the business out of his Annandale home.

11.     That in section (10) of the Statement of Financial Affairs, Debtors state that they relinquished their interest in Sai Prasad in January, 2011, to Moulin Lalaji, in exchange for a release of debt.

12.     That upon information and belief, Mr. Lalaji had previously lent the sum of $21,000 to Sai Prasad, and not to Debtors, for use as a down payment for Sai Prasad's medical transportation vans–thus the aforementioned debt concerned money which Sai Prasad, and not the Debtors, owed Mr. Lalaji.  Copies of the money orders Mr.Lalaji tendered to Sai Prasad are collectively attached hereto as *Exhibit 1*.

13.     That accordingly, in section (10) of the Statement of Financial Affairs, Debtors represent the relinquishment of their interest in Sai Prasad in exchange for satisfaction of a debt they did not owe.  A copy of the January 28, 2011, *Agreement and Release* between Debtors and Mr. Lalaji is attached hereto as *Exhibit 2*, and the same evidences that Sai Praisad, and not the Debtors, purportedly owed $21,000 to Mr. Lalaji and his family.

14.     That furthermore, approximately three months after said purported transfer and relinquishment of interest, Debtors entered into a certain April 12, 2011, *Membership Interest Purchase Agreement* with Moulin Lalaji and Minaxi Vinodrai Mehta, whereby Debtors purport to sell their interest in Sai Prasad to Mr. Lalaji and Ms. Minaxi Mehta, for the sum of $44,000.

15.     That upon information and belief, Minaxi Vinodrai Mehta is Dharmesh's mother.

16.     That upon information and belief, Ms. Minaxi Mehta did not pay any of said

$44,000 to Debtors at any closing which may have occurred in connection with said April 12,

2011, agreement.

17.     That to the extent Dharmesh's mother actually received any interest in Sai Prasad

pursuant to the April 12, 2011, agreement, said transaction constitutes a gift not stated in

Debtors' Statement of Financial Affairs.

18.     That Debtors failed to disclose the purported transfer resulting from the April 12,

2011, agreement.

19.     That on July 21, 2010, the Washington Metropolitan Area Transit Commission

("WMATC") received a WMATC *Contract of Lease* between Sai Prasad and CPR, in which Sai

Prasad leased three vehicles to CPR.  A copy of said Lease , with Appendix A, is attached hereto

as *Exhibit 3*.

20.     That attached hereto as *Exhibit 4* are three Virginia DMV Motor Vehicle

Registrations certificates which correspond to the three vehicles listed on Appendix A of said

Lease.

21.     That one of the three certificates of registration was issued on July 1, 2010,

expiring July 31, 2012, while the other two were recently issued on May 17, 2012.

22.     That the listed registrant for each of the three vehicles is "Corporate Fleet Leasing

c/o Saiprasad Medical Trans LL, 4119 Woodlark Dr, Annandale VA 22003-2343."  The VSCC

lists no entity known as "Corporate Fleet Leasing" and the listed address is Debtors' present

address.  A copy of the VSCC report for "Corporate Fleet Leasing" is attached hereto as *Exhibit

5*.

23.     That in section (1) of the Statement of Financial Affairs, Dharmesh lists no 2011 or 2012 income in connection with Sai Prasad Medical Transportation, LLC.

**MINI MART III, INC.**

24.     That Debtors state in section (18) of the Statement of Financial Affairs that as of December 2010, they were no longer officers, directors, partners, or managing executives of Mini Mart III, Inc.

25.     That or about March 23, 2012 (after the petition filing date), Dharmesh submitted a 2012 Annual Report to the Virginia State Corporation Commission ("VSCC") which stated and affirmed that he was President, and that Renu was Vice President, of Mini Mart III, Inc.  A copy of said 2012 Annual Report is attached hereto as *Exhibit 6*.

26.     That in September 22, 2011, sworn deposition testimony given in *Dharmesh Vinodrai Mehta and Renu Dharmesh Mehta v. Manish Mehta and Meghna Mehta*, Fairfax County Circuit Court, Case No. CL201-3577, Dharmesh stated that Mini Mart III, Inc. was still open and operating from his Annandale home.

27.     That Dharmesh lists no 2011 or 2012 income in connection with Mini Mart III, Inc., in section (1) of the Statement of Financial Affairs.

**AMIGO SERVICES, INC.**

28.     That Debtors state in section (18) of the Statement of Financial Affairs that as of December 2010, they were no longer officers, directors, partners, or managing executives of Amigo Services, Inc.

29.     That or about April 30, 2012 (after the petition filing date), Dharmesh submitted a 2012 Annual Report to the VSCC which stated and affirmed that he was President, and that Renu

was Vice President, of Amigo Services, Inc.  A copy of said 2012 Annual Report is attached

hereto as *Exhibit 7*.

30.     That in September 22, 2011, sworn deposition testimony given in *Dharmesh*

*Vinodrai Mehta and Renu Dharmesh Mehta v. Manish Mehta and Meghna Mehta*, Fairfax

County Circuit Court, Case No. CL201-3577, Dharmesh stated that Amigo Services, Inc., was

still open, that he was still operating the business out of his Annandale home.

31.     That in section (1) of the Statement of Financial Affairs, Dharmesh lists no 2011

or 2012 income in connection with Amigo Services, Inc.

## MASTERSOFT TECHNOLOGIES, LLC

32.     That Debtors state in section (18) of the Statement of Financial Affairs that as of

December 12, 2010, they were no longer officers, directors, partners, or managing executives of

Mastersoft Technologies, LLC.

33.     That in September 22, 2011, sworn deposition testimony given in *Dharmesh*

*Vinodrai Mehta and Renu Dharmesh Mehta v. Manish Mehta and Meghna Mehta*, Fairfax

County Circuit Court, Case No. CL201-3577, Dharmesh stated that Mastersoft Technologies,

LLC was still open, that he was still operating the business out of his Annandale home.

34.     That in section (1) of the Statement of Financial Affairs, Dharmesh lists no 2011

or 2012 income in connection with Mastersoft Technologies, LLC.

## AMIT SERVICES, INC.

35.     That Debtors state in section (18) of the Statement of Financial Affairs that as of

December 2010, they were no longer officers, directors, partners, or managing executives of

Amit Services, Inc.

36.     That or about March 30, 2011, Dharmesh submitted a 2011 Annual Report to the VSCC which stated and affirmed that he was President, and that Renu was Vice President, of Amit Services, Inc.  A copy of said 2011 Annual Report is attached hereto as *Exhibit 8*.

## RENU FINANCIAL SERVICES, INC.

37.     That Debtors state in section (18) of the Statement of Financial Affairs that as of October 2008, they were no longer officers, directors, partners, or managing executives of Renu Financial Services Inc.

38.     That or about February 2, 2009, Dharmesh submitted a 2009 Annual Report to the VSCC which stated and affirmed that he was President, and that Renu was Vice President, of Amigo Services, Inc.  A copy of said 2009 Annual Report is attached hereto as *Exhibit 9*.

## BANKING AND PROPERTY

39.     That upon information and belief, Dharmesh and/or Debtors had multiple accounts with ICICI Bank within the last two years.

40.     That if said accounts were closed within one year immediately preceding the Debtors' petition filing, the information stated in section (11) of the Statement of Financial Affairs constitutes a misrepresentation.

41.     That if funds in said accounts were transferred out of the account within two years immediately preceding the Debtors' petition filing, the information stated in section (10) of the Statement of Financial affairs may constitute a misrepresentation.

42.     That upon information and belief, Dharmesh and/or Debtors own property interests in India, including property located at 7A Rajraten Palace, II, Shankar Lane, Kandavali West, Mumbai, 67, India, which property is owned by Dharmesh, his brothers and his mother.

43.     That Debtors have failed to list any such property in India in Schedule A.

44.     That upon information and belief, Debtors pawned, and retrieved, several thousand dollars worth of gold and jewelry during the two years immediately preceding their filing herein, at May Jewelers in Tysons Corner, Virginia.

45.     That if Debtors still possess said gold and jewelry, they grossly misrepresented the description and value thereof in Schedule B

46.     That if Debtors have sold, transferred or gifted said gold and jewelry, they have failed to disclose the details of any such gift or transfer in the Statement of Financial Affairs.

47.     That upon information and belief, Dharmesh and or Debtors have a life insurance policy based in India, which they have failed to disclose in Schedule B of the petition.

48.     That because Debtors remain officers of multiple Virginia corporations, as evidenced by their 2012 Annual Report submissions signed by Dharmesh, Debtors are required, yet have failed to complete questions 19-25 of the Statement of Financial Affairs.

49.     That Debtors' failure to complete questions 19-25 of the Statement of Financial Affairs, specifically those regarding the books, records and financial statements of the corporations of which Debtors remain officers, impedes Plaintiffs' ability to explore and identify potential 11 U.S.C. § 727(a)(3) violations

50.     That Debtors' Schedules and Statement of Financial Affairs were signed and submitted under penalty of perjury.

51.     That Plaintiffs further aver that based upon the foregoing facts and others that will be developed in the course of discovery, the Debtors' acts are in contravention of the provisions of 11 U.S.C. § 727(a)(2), (3), (4) and/or (5), and therefore constitute grounds to deny the Debtors' discharge.

WHEREFORE, upon the bases set forth above, Plaintiffs pray:

(1) that Defendants be required to answer in the time allowed by law;

(2) that the Trustee in Debtor's Chapter 7 bankruptcy case undertake an investigation into the matters set forth above, in addition to all other matters of possible fraud and misrepresentation;

(2) that upon a hearing of this matters, the Court deny the discharge of the Debtors; and

(3) that the Court grant such other relief as is just and proper.

Dated: July 24, 2012                          Respectfully Submitted,
                                              SANJIV D. SHAH
                                              KIMINI S. SHAH
                                              By counsel

/s/ Marc A. Busman
_____
MARC A. BUSMAN, ESQ, VSB 13030
KEVIN S. JAROS, ESQ., VSB 65582
BUSMAN & BUSMAN, P.C.
P.O. Box 7514
Fairfax Station, Virginia 22039
(703) 503-8088 (Phone)
(703) 425-8487 (Facsimile)
mbusman@busmanandbusman.com
*Counsel for Plaintiffs*

M 989M3-R

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   **WACHOVIA CASHIER'S CHECK**   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

64-7002
2011

**1602284484**

**WACHOVIA**

1300135

12/21/2010

Pay To The
Order Of      ✳✳✳✳✳   SAIPRASAD MEDICAL TRANS LLC ✳✳✳✳      $      $7,000.00

✳SEVEN THOUSAND DOLLARS AND 00 CENTS

Wachovia Bank, a division of Wells Fargo Bank, N. A.

RITIN  LALAJI  DOWNPAYMENT FOR VAN

Remitter

_Celeste P. Bourassa_

Authorized Signature

Dollars

⑃"160 2 284484⑃" ⑃: 26 11700 25⑃: 50 799000009 16⑃"

EXHIBIT

1

tabbies

581439 (100/pkg Rev 02)

 
64-7002
2611

**1602284467**

WACHOVIA

1300135

12/13/2010

Pay To The
Order Of   Saiprasad Medical Transportation, LLC

$   $7,000.00

\*SEVEN THOUSAND DOLLARS AND 00 CENTS

Wachovia Bank, a division of Wells Fargo Bank, N. A.

Dollars

Ritin Lalaji-downpmt for Med Van

Remitter

Authorized Signature

⑆1602284467⑆ ⑉2611700 25⑉50 7990000091 6⑆

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK        WACHOVIA CASHIER'S CHECK        HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

64-7002
2611

**1602284468**

WACHOVIA

1300135

12/13/2010

Pay To The
Order Of   Saiprasad Medical Transportation, LLC

$   $7,000.00

\*SEVEN THOUSAND DOLLARS AND 00 CENTS

Wachovia Bank, a division of Wells Fargo Bank, N. A.

Dollars

Ritin Lalaji-downpmt for Med Van

Remitter

Authorized Signature

⑆1602284468⑆ ⑉2611700 25⑉50 7990000091 6⑆

2/7

## AGREEMENT AND RELEASE

This Agreement is entered into by and between SAIPRASAD MEDICAL TRANSPORTATION LLC (members DHARMESH MEHTA and RENU MEHTA) AND MOULIN LALAJI.

WHEREAS, SAIPRASAD MEDICAL TRANSPORTATION LLC (the "Members") acknowledges that they owe $ 21,000.00 to MOULIN LALAJI and His Family.

NOW THEREFORE, in consideration of the mutual covenants set forth herein, and of other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties covenant and agree as follows:

DHARMESH MEHTA and RENU MEHTA hereby relinquishes any and all rights to and interest in SAIPRASAD MEDICAL TRANSPORTATION LLC and agrees to transfer any and all such rights and interest to MOULIN LALAJI.

IN WITNESS WHEREOF, this agreement and release has been duly executed by the undersigned effective as of the 28th day of January, 2011.

_____          01/28/2011
DHARMESH MEHTA                                      DATE

_____          01/28/2011
RENU MEHTA                                                DATE

_____          1/28/2011
MOULIN LALAJI                                             DATE

**EXHIBIT**

2

## WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION
## CONTRACT OF LEASE



Whereas, (name) SAIPRASAD MEDICAL TRANSPORTATION LLC , of
(address) 4119 WOODLARK DR. ANNANDALE VA 22003 ,
hereinafter referred to as lessor, wishes to enter into an agreement of lease with
(name) C.P.R. MEDICAL TRANSPORTATION LLC , of
(address) 701 RITCHIE RD., CAPITOL HEIGHTS MD 20743
hereafter referred to as lessee, who holds WMATC Certificate No. 1551 ,to lease
to lessee the following motor vehicles:

| Year | Make | Seating Capacity | VIN Number |
|------|------|------------------|------------|
|  |  | SEE ATTACHDED |  |
|  |  |  |  |
|  |  |  |  |

or motor vehicle(s) more fully described in **Appendix A** attached hereto and made a part
hereof, and said lease shall begin on (date) SEE ATTACHED  and shall
end  (termination date or "continuous") CONTINUOUS .

For and in consideration of the lease of the vehicle(s) herein described, the lessee
agrees to pay to the lessor $ per  SEE ATTACHED .

This lease may be cancelled unilaterally by the lessor or the lessee by filing with
the Commission a notice of termination not less than 30 DAYS days prior to the
proposed termination date.  This lease may be cancelled by mutual consent by filing with
the Commission a notice of termination at any time prior to the termination date.  This
lease shall expire at 11:59 p.m. on the date of termination.

**EXHIBIT**
tabbies'
3

The lessor and lessee agree by the filing of this contract of lease with the WMATC that the motor vehicle(s) named in this lease shall be operated by and under the complete control of the lessee, and no other, for the period of the lease; and for all regulatory purposes including, but not limited to, insurance, rates and charges, vehicle identification, and motor vehicle fuel and road taxes, such motor vehicle(s) shall be considered as the vehicle(s) of the lessee.  The lessee agrees to operate each vehicle under the lease with a qualified driver in his employ who is subject to the direction and control of the lessee or with a qualified driver obtained from a personnel supplier not controlling, controlled by, or under common control or contractual relationship with the lessor.

During the period of this lease, neither the lessor nor the lessee shall enter into any other contract or subcontract for lease or sublease of the same vehicle(s) and no person other than the lessee shall operate said vehicle(s) without the approval of the Commission pursuant to Regulation No. 62-02.

No agreement or contract between the parties to this lease shall in any way alter, change or amend the terms of this contract of lease.

Lessor SAIPRASAD MEDICAL TRANSPORTATION LLC

Lessee CHETNA MEHTA, CHAIRMAN OF THE BOARD & CEO

APPENDIX C:  For each vehicle covered by this lease, attach a legible copy of the current registration card showing that the vehicle is registered to the LESSOR.

## APPENDIX A

| Year | Make | Seating Capacity | VIN Number | Monthly Payments(Lease) | Lease Effective on |
|------|------|------------------|------------|-------------------------|--------------------|
| 2010 | FORD | 4 AMB | 1FAHP2DW8AG157637 | $685.00 | 05/22/10 |
| 2010 | FORD | 7 AMB | 2FMGK5BC1ABA58224 | $881.00 | 05/29/10 |
| 2010 | DODGE | 3 AMB 2WHLCHR | 2D4RN4DE9AR248005 | $1151.00 | 05/29/10 |

# dmv

## VIRGINIA MOTOR VEHICLE REGISTRATION

VSA-0 (REV 08/06)

| Title Number | Veh. Identification Number (VIN) | Date Issued | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|
| 7941B734 | 1FAHP2DW8AG157637 | 07/01/10 | PHIRE | | 07/31/12 |

| Vehicle Make | Model | Body | Year | Color | Vehicle Use | Axles |
|---|---|---|---|---|---|---|
| FORD | TAURUS | 4D SDN | 2010 | RED | FOR HIRE | 2 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Fuel | Unit # |
|---|---|---|---|---|---|---|---|---|
| 05/22/10 | 45 ACTUAL | Y | 4040 | | | | GAS | |

Plate Number: H518857

LIST#: P209082

0'34094

LEASING COMMON CARRIER-IRREG

CORPORATE FLEET LEASING
C/O SAIPRASAD MEDICAL TRANS LL
4119 WOODLARK DR
ANNANDALE VA 22003-2343

FAIRFAX COUNTY

VRA 286
MD06651

DMV verifies insurance coverage of all registered vehicles.
If you cancel your insurance, notify DMV and return
the license plates. If you do not notify DMV, your driver's license will be suspended and all of your vehicle
license plates will be cancelled.

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle.

EXHIBIT
4

**DMV**

VIRGINIA MOTOR VEHICLE REGISTRATION

VSA-0 (REV 08/06)

| Title Number | Veh. Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|---|
| 79418738 | 2D4RN4DE9AR248005 | 05/17/12 | H518858 | PHIRE | | 07/31/13 |

| Vehicle Make | Model | Body | Year | Color | Fuel | Vehicle Use | Axles |
|---|---|---|---|---|---|---|---|
| DODGE | CARAVAN | ST WGN | 2010 | RED | GAS | FOR HIRE | 2 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # |
|---|---|---|---|---|---|---|---|
| 05/29/10 | 45 ACTUAL | Y | 4224 | | | | |

CORPORATE FLEET LEASING
C/O SAIPRASAD MEDICAL TRANS LL
4119 WOODLARK DR
ANNANDALE VA 22003-2343

LEASING COMMON CARRIER-IRREG

VRA   200
INTNET

FAIRFAX COUNTY

Y

DMV verifies insurance coverage of all registered vehicles. If you cancel your insurance, notify DMV and return the license plates. If you do not notify DMV, your driver's license will be suspended and all of your vehicle license plates will be cancelled.

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle.

## DMV
### VIRGINIA MOTOR VEHICLE REGISTRATION

VSA-0 (REV 08/06)

| Title Number | Veh. Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|---|
| 79418733 | 2FMGK5BC1ABA58224 | 05/17/12 | H518856 | PHIRE | | 07/31/13 |

| Vehicle Make | Model | Body | Year | Color | Fuel | Vehicle Use | Axles |
|---|---|---|---|---|---|---|---|
| FORD | FLEX | ST WGN | 2010 | SIL | GAS | FOR HIRE | 2 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # |
|---|---|---|---|---|---|---|---|
| 05/29/10 | 221 ACTUAL | Y | 4498 | | | | |

CORPORATE FLEET LEASING
C/O SAIPRASAD MEDICAL TRANS LL
4119 WOODLARK DR
ANNANDALE VA 22003-2343

LEASING COMMON CARRIER-IRREG

VRA  200
INTNET

FAIRFAX COUNTY



Y

**DMV verifies insurance coverage of all registered vehicles. If you cancel your insurance, notify DMV and return the license plates. If you do not notify DMV, your driver's license will be suspended and all of your vehicle license plates will be cancelled.**

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle.

Business Entity Search    https://sccefile.scc.virginia.gov/Find/BusinessSearchTerm=corporate...



Home | Site Map | About SCC | Contact SCC | Privacy Policy

SCC eFile > Entity Search                                                    Login | Create an Account


FAST. SIMPLE. SECURE.

**SCC eFile**
**Business Entity Search**                     Help

**SCC eFile**
- SCC eFile Home Page
- Check Name
- Distinguishability
- Business Entity Search
- Certificate Verification
- FAQs
- Contact Us
- Give Us Feedback

**Business Entities**

**UCC or Tax Liens**

**Court Services**

**Additional Services**

This page will allow you to locate business entities and view their details. If you are logged in you will be able to complete SCC eFile actions for a selected business entity.

Enter Business Entity Name or SCC ID:  corporate fleet leasing

Check name distinguishability

Your Search: **corporate fleet leasing**
Your Results: **(click on a business entity to view details or take action)**

Show  10  entries                    Filter results:

| SCC ID | Business Entity Name | Entity Type | Status |
|---|---|---|---|
| 01829084 | CORPORATE FLEET MANAGEMENT, INC. | Corporation | Purged |
| 03367364 | CORPORATE FOOD SERVICE OF VIRGINIA, LTD. | Corporation | Purged |
| S1858036 | CORPORATE FORMATION SERVICES, LLC | Limited Liability Company | Canceled |
| 01617026 | CORPORATE FRAMING SERVICES | Corporation | Fictitious name |
| 03042876 | CORPORATE & FRANCHISE INTERIORS, INC. | Corporation | Active |
| 05236534 | CORPORATE FULFILLMENT, INC. | Corporation | Purged |
| 07093594 | CORPORATE FUNDING & INSURANCE SERVICES, INC. | Corporation | Fee delinquent |
| 05890074 | CORPORATE FUSION, INC. | Corporation | Purged |
| 05890074 | CORPORATE FUSIONS, INC. | Corporation | Purged |
| F1531716 | CORPORATE GENERAL AL, INC. (USED IN VA BY:CORPORATE GENERAL, INC.) | Foreign Corporation | Active |

Showing 1 to 10 of 85 entries

First   Previous   1   2   3   4   5   Next   Last

The search will look for an exact match plus any business entity names that alphabetically follow (e.g. ABC will also return ABC Contractors, Inc.).

Note: General Partnerships, including those registered for status as a Limited Liability Partnership (LLP), are not searchable on this site. For information regarding a general partnership of record with the Commission, please contact the Clerk's Office at (804) 371-9733 or toll-free in Virginia at 1-866-722-2551.

Screen ID: e0800
Need additional information? Contact sccinfo@scc.virginia.gov Website questions? Contact: webmaster@scc.virginia.gov
We provide external links throughout our site.
PDF(.pdf) Reader   Excel (.xls) Viewer   PowerPoint (.ppt) Viewer   Word (.doc) Viewer
Build #: 1.0.0.24056

1 of 1

EXHIBIT
5

tabbies®

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**File online at**
**sccefile.scc.virginia.gov**

1. CORPORATION NAME:
   MINI MART III, INC.

   DUE DATE: **03/31/12**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:   OFFCR.
   DHARMESH MEHTA

   SCC ID NO.: **0536202-5**

   4119 WOODLARK DR

   ANNANDALE, VA 22003

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   129-FAIRFAX COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

### 5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 200 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐  Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:    4817 COLUMBIA PIKE | ADDRESS: |
| CITY/ST/ZIP    ARLINGTON, VA 22204 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:  ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:    DHARMESH MEHTA | NAME: |
| TITLE:    PRESIDENT | TITLE: |
| ADDRESS:   4119 WOODLARK DR | ADDRESS: |
| CITY/ST/ZIP:   ANNANDALE, VA 22003 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_DHARMESH MEHTA / PRESIDENT_         03/23/2012

SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be filed with the Commission for filing.

+ 0340505 000002062 09SCC1

AF00ZV Rev 15  2/11



EXHIBIT
6

CORPORATION NAME:
MINI MART III, INC.

DUE DATE:   03/31/12
SCC ID NO.:   0536202-5

7.   DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☒ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☒**<br><br>NAME:        RENU MEHTA<br><br>TITLE:         VICE PRESIDENT<br><br>ADDRESS:    4119 WOODLARK DR<br><br>CITY/ST/ZIP: ANNANDALE, VA 22003 | **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | **OFFICER ☐   DIRECTOR ☐**<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

AF00ZW Rev 3 3/11

+ 0340505 .000002062 09SCC1

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**File online at**
sccefile.scc.virginia.gov



1. CORPORATION NAME:
   Amigo Services, Inc.

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:   OFFCR.
   DHARMESH MEHTA

   4119 WOODLARK DR

   ANNANDALE, VA 22003

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   129-FAIRFAX COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DUE DATE: **05/31/12**

SCC ID NO.: **0597117-1**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 200 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.   Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐   Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:    4119 WOODLARK DR | ADDRESS: |
| CITY/ST/ZIP    ANNANDALE, VA 22003 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect    ☐ Delete information | box and enter information below:   ☐ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:        DHARMESH MEHTA | NAME: |
| TITLE:       PRESIDENT | TITLE: |
| ADDRESS:    4119 WOODLARK DR | ADDRESS: |
| CITY/ST/ZIP:    ANNANDALE, VA 22003 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.    4/30/2012

_____          *DHARMESH MEHTA / PRESIDENT*
SIGNATURE OF DIRECTOR/OFFICER                    PRINTED NAME AND CORPORATE TITLE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be filed with the
Commission for filing.

+ 036897? 000001713 09SCC1

AR02V Rev 15 2/11

**EXHIBIT**
7

**CORPORATION NAME:**
Amigo Services, Inc.

**DUE DATE:** 05/31/12
**SCC ID NO.:** 0597117-1

7.   DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box<br>and enter Information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME:       RENU MEHTA | NAME: |
| TITLE:      VICE PRESIDENT | TITLE: |
| ADDRESS:   4119 WOODLARK DR | ADDRESS: |
| CITY/ST/ZIP: ANNANDALE, VA 22003 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box<br>and enter Information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box<br>and enter Information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box<br>and enter Information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

AF00ZW Rev 3 3/11

+ 0368977 000001713 09SCC1

# 2011 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

21116.3800

① CORPORATION NAME
AMIT SERVICES, INC.

DUE DATE:
CORPORATION ID: **0603309-6**

② VA REGISTERED AGENT NAME AND ADDRESS: OFFICER.

DHARMESH MEHTA
4119 WOODLARK DR
ANNANDALE VA 22003

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 200 |

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129 - FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the attached instruction sheet.  Type or print in black only.  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated.  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **4119 WOOD LARK DRIVE** | ADDRESS: |
| CITY/ST/ZIP: **ANNANDALE VA 22003** | CITY/ST/ZIP: |

⑦ DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [X] | OFFICER ☐  DIRECTOR ☐ |
| NAME: **DHARMESH MEHTA** | NAME: |
| TITLE: **PRESIDENT** | TITLE: |
| ADDRESS: **4119 WOOD LARK DRIVE** | ADDRESS: |
| CITY/ST/ZIP: **ANNANDALE VA 22003** | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_DHARMESH MEHTA / PRESIDENT_      03/30/2011

| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the
the Commission for filing.

**EXHIBIT**

8

CIS0352

**2011 ANNUAL REPORT CONTINUED**

21116.3800--9/29/201

DUE DATE:

CORPORATE ID:   0603309-6

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued):   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER [X]  DIRECTOR [X]

NAME:  **RENU MEHTA**

TITLE:  **VICE PRESIDENT**

ADDRESS:   **4119 WOOD LARK DRIVE**

CITY/ST/ZIP: **ANNANDALE VA 22003**

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct    ☐ Information is incorrect    ☐ Delete Information | and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

CIS0352



**2009 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

209151094
02/17/2009

① CORPORATION NAME
**RENU FINANCIAL SERVICES INC**

DUE DATE **03/31/09**

② VA REGISTERED AGENT NAME AND OFFICE ADDRESS    DIR
**DHARMESH MEHTA**

**4022 ANNANDALE RD**

**ANNANDALE, VA 22003**

③ CITY OR COUNTY OF VA REGISTERED OFFICE
**129-FAIRFAX COUNTY**

④ STATE OR COUNTRY OF INCORPORATION
**VA-VIRGINIA**

SCC ID NO **0613261-7**

⑤ STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 200 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE   Carefully read the attached instruction sheet   Type
or print in black only    If item ⑥ is blank or incorrect, you must add or change the principal office address where
indicated    If item ⑦ is blank or incorrect, you must add or change the director and officer information where
indicated

⑥ PRINCIPAL OFFICE ADDRESS

| ☒ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below |
|---|---|
| ADDRESS    4119 WOODLARK DR | ADDRESS |
| CITY/ST/ZIP   ANNANDALE, VA 22003 | CITY/ST/ZIP |

⑦ DIRECTORS AND PRINCIPAL OFFICERS    All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank | If the block to the left is blank or contains incorrect data, please mark appropriate |
|---|---|
| ☒ Information is correct   ☐ Information is incorrect   ☐ Delete information | box and enter information below   ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME    DHARMESH MEHTA | NAME |
| TITLE    PRESIDENT | TITLE |
| ADDRESS   4119 WOODLARK DR | ADDRESS |
| CITY/ST/ZIP   ANNANDALE, VA 22003 | CITY/ST/ZIP |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Dharmesh  Mehta - President*        2/2/2009
PRINTED NAME AND CORPORATE TITLE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the
Commission for filing
+ 0221205 000004897 09SCC1

**EXHIBIT**
**9**

**CORPORATION NAME**
**RENU FINANCIAL SERVICES INC**

**DUE DATE:**  03/31/09
**SCC ID NO.**  0613261-7

⑦  DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☒ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☒  **DIRECTOR** ☒ | **OFFICER** ☐  **DIRECTOR** ☐ |
| NAME        RENU MEHTA<br>TITLE        VICE PRESIDENT<br>ADDRESS    4119 WOODLARK DR<br>CITY/ST/ZIP    ANNANDALE, VA 22003 | NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☐  **DIRECTOR** ☐ | **OFFICER** ☐  **DIRECTOR** ☐ |
| NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP | NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☐  **DIRECTOR** ☐ | **OFFICER** ☐  **DIRECTOR** ☐ |
| NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP | NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☐  **DIRECTOR** ☐ | **OFFICER** ☐  **DIRECTOR** ☐ |
| NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP | NAME<br>TITLE<br>ADDRESS<br>CITY/ST/ZIP |

AF00ZW Rev 2 12/08