Bankruptcy Case No. 12-11061-BFK
Adversary Proceeding Case No. 12-01310-BFK

## CERTIFICATE OF SERVICE

I, __Kevin S. Jaros_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on __July 27, 2012_____ (date) by:

[X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
(1) Dharmesh Vinodrai Mehta        (2) Renu Dharmesh Mehta
    4119 Woodlark Dr                    4119 Woodlark Dr
    Annandale, VA 22003-2343            Annandale, VA 22003-2343

[ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

[ ] **Residence Service:** By leaving the process with the following adult at:

[ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] **Publication:** The defendant was served as follows: [Describe briefly]

[ ] **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__7-27-12_____          __[signature]_____
Date                                  Signature

Print Name
  Kevin S. Jaros, VSB 65582, Busman & Busman, P.C.
Business Address
  P.O. Box 7514, Fairfax Station, VA 22039
City            State       Zip